```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16010
   MARK A DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3128

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/05/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
REGIONS MORTGAGE             CURRENT MORTG          .00              .00            .00
REGIONS MORTGAGE             MORTGAGE ARRE     8995.42              .00            .00
DRIVE FINANCIAL              SECURED VEHIC    10165.92          1392.98        2000.78
US DEPT OF EDUCATION         PRIORITY        NOT FILED              .00            .00
SBC ILLINOIS                 UNSECURED       NOT FILED              .00            .00
AT&T                         UNSECURED       NOT FILED              .00            .00
CDA PONTIAC                  UNSECURED       NOT FILED              .00            .00
SPRINT PCS                   UNSECURED       NOT FILED              .00            .00
SPRINT COMMUNICATION         UNSECURED       NOT FILED              .00            .00
EVERGREEN EMERGENCY SERV     UNSECURED       NOT FILED              .00            .00
REGIONS MORTGAGE             NOTICE ONLY     NOT FILED              .00            .00
DOLLIE I WARREN REED         DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                   TRUSTEE                                             404.33
DEBTOR REFUND                REFUND                                              849.94

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,148.03

PRIORITY                                             .00
SECURED                                         2,000.78
    INTEREST                                    1,392.98
UNSECURED                                            .00
ADMINISTRATIVE                                  2,500.00
TRUSTEE COMPENSATION                              404.33
DEBTOR REFUND                                     849.94
                       --------------         --------------
TOTALS                 7,148.03                 7,148.03


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16010 MARK A DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |